AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Joel Salinas-Garcia

**CRIMINAL COMPLAINT**

Case Number: M-19-1317-M

IAE    YOB: 1966
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 5, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Escobares, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Joel Salinas-Garcia was encountered by Border Patrol Agents near Escobares, Texas on June 5, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 5, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 10, 2018, through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 18, 2017, the Defendant was convicted of 8 USC 1326, Being Found in the U.S. after Previous Deportation and was sentenced to twenty-four (24) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Amy L. Greenbaum 6/7/19
*Amy J Greenbaum*

June 7, 2019  8:55 a.m.

Signature of Complainant
Cipriano Shears    Border Patrol Agent

Juan F. Alanis                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer